

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2014

No. 04-14-00212-CR

Shanelle **COOKS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10374
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." We therefore **ORDER** the trial court clerk to file, within ten days of the date of this order, an electronic clerk's record containing the following documents:

1.      All pre-trial motions and the orders on those motions, if any;

2.      All documents relating to the defendant's plea bargain, including the court's admonishments, the defendant's waiver and consent to stipulation of testimony, and any other stipulations;

3.      The judgment;

4.      All post-judgment motions and the orders on those motions, if any;

5.      The notice(s) of appeal;

6.      The trial court's certification of defendant's right of appeal; and

7.      The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is **ORDERED** to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter responsible for preparing the reporter's record in this appeal.

_____

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2014.



_____

Keith E. Hottle
Clerk of Court